# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TERRAL FRIERSON

VERSUS

OCHSNER MEDICAL CENTER - NORTHSORE, LLC, ET AL

NO.  2025 CW 1200

DECEMBER 2, 2025

---

In Re:    Terral Frierson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2024-10722.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

**STAY DENIED; WRIT NOT CONSIDERED.**  This writ application failed to include a copy of the signed judgment and a copy of the attachments to the motion filed with the district court, in violation of Rule 4-5(c)(6) and (8) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before December 21, 2025, and must contain a copy of this ruling.

                                    **MRT**
                                    **AHP**
                                    **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT